# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWIN SUTPHIN,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:09-cv-1614-Orl-28DAB**

**ZONTROM, LLC,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Motion for Status of Case (Doc. No. 40) filed January 21, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 5, 2010 (Doc. No. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Status of Case is **GRANTED in part.**

3. Plaintiff's request for a default judgment in his "Response" filed at docket entry number 39, is **DENIED**.

4. Plaintiff's Complaint is **DISMISSED.**

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24th day of February, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party